

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00375-CR

John Douglas Edwards
v.
The State of Texas

On Appeal from the
221st District Court of Montgomery County, Texas
Trial Cause No. 13-02-01583 CR

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

September 25, 2014